IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| POSITIVE SOFTWARE SOLUTIONS, INC., et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. 3:07-CV-1422-O |
| SUSMAN GODFREY, L.L.P., et al., | § § | |
| Defendants. | § | |

## ORDER

The Court has been notified that this case has settled. The parties are therefore directed to file the appropriate dismissal papers (a stipulation of dismissal under FED. R. CIV. P. 41(a)(1)(A)(ii), or an agreed motion to dismiss with corresponding proposed order) with the Clerk's Office no later than **5:00 p.m. on December 30, 2009.**

If a stipulation of dismissal is not filed by December 30, 2009, and further proceedings become necessary or desirable, the parties' shall immediately file a Joint Status Report with this Court.

SO ORDERED on this the 21st day of December, 2009.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1